IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TINA MORGAN                                                                                      PLAINTIFF

        v.                  Civil No. 6:11-cv-06057

PIKE COUNTY JAIL;
SHERIFF PRESTON GLEN;
and JOHN DOES KENNY &
PAUL, Jailers at Pike County Jail                               DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Tina Morgan filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on July 25, 2011. With the complaint, she submitted an *in forma pauperis* (IFP) application. However, she submitted only the first page of a two page application and did not send a certification regarding her inmate account.

The complaint was provisionally filed and Plaintiff was given until November 18, 2011, to complete the IFP application including having the inmate account portion of the application completed by detention center personnel (ECF No. 8). Plaintiff was advised that if she failed to return the application her case would be subject to summary dismissal (ECF No. 8)

That same day, an order was entered (Doc. 9) directing Plaintiff to complete, sign, and return, an addendum. Plaintiff was advised if she failed to return the addendum by November 18th, the case would be subject to summary dismissal. To date, Plaintiff has not submitted a response to either order. She has not requested an extension of time to do so. Plaintiff has not communicated with the Court in anyway. No mail has been returned as undeliverable.

I therefore recommend the complaint be dismissed on the grounds Plaintiff has failed to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

-2-

**Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 30th day of January 2012.

                                          /s/ Barry A. Bryant
                                          HON. BARRY A. BRYANT
                                          UNITED STATES MAGISTRATE JUDGE