IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TINA MORGAN                                                    PLAINTIFF

v.                       Case No. 11-6057

PIKE COUNTY JAIL, *et al.*                                    DEFENDANTS

O R D E R

On this 27th day of February 2012, there comes on for consideration the report and recommendation filed in this case on January 30, 2012, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 10). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to obey the orders of the Court.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge